# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JACOB GARDNER,<br><br>   Plaintiffs,<br><br>  v.<br><br>ROBERT ANTHONY BURTON; YRC, INC. d/b/a YRC FREIGHT; OLD REPUBLIC INSURANCE CO.; and XYZ COMPANIES 1–3,<br><br>   Defendants. | CIVIL ACTION NO.: 4:18-cv-298 |

## **O R D E R**

This matter is before the Court on Defendants Robert Anthony Burton, YRC, Inc. d/b/a YRC Freight, and Old Republic Insurance Co.'s Motion for Partial Summary Judgment. (Doc. 28.) Plaintiff Jacob Gardner filed this civil lawsuit seeking to recover various types of damages he claims to have suffered as a result of an automobile accident that occurred on July 18, 2016. (Doc. 1-2.) In their Motion for Partial Summary Judgment, Defendants seek summary judgment in their favor on Plaintiff's claim for lost income that he claims he experienced when he hired three additional employees to help out with his business after he was injured in the accident. (Doc. 28-1, pp. 4–6.) Defendants argue that Plaintiff has not met his burden of providing sufficient evidence to permit the jury to determine, with reasonable certainty and without having to undertake speculation or guesswork, the amount of the lost income tied to the accident. (Id.)

In his Response, Plaintiff "withdraws and abandons his claim for lost business income related to this ownership and operation of [his business] Graceland Bounce," acknowledging that

he "admitted at [his] deposition that he could not differentiate which additional business expenses were incurred as a result of his injuries and which were incurred as a result of business expansion."[1] (Doc. 30, p. 1.) Accordingly, Defendants are entitled to summary judgment as to Plaintiff's claim for damages for lost income resulting from his hiring three additional employees to work at Graceland Bounce since the date of the accident, and the Court therefore **GRANTS** Defendants' Motion for Partial Summary Judgment, (doc. 28).

Shortly after filing his Response withdrawing the lost income claim, Plaintiff filed a "Request for Pre-Trial and Trial Settings," asking the Court to "set this case for pretrial and trial on the Court's next available civil trial calendar," noting that one deposition remained to be taken for purposes of discovery. (Doc. 31.) The dispositive motions deadline having passed and the Court having herein addressed the only such motion filed by the parties, the Court issues, contemporaneously herewith, its standard "Order and Notice of Trial Preparation Requirements," which sets forth the parties' obligations in continuing to prepare the case for a pretrial conference and for trial. Accordingly, the Plaintiff's Motion for Pre-Trial and Trial Settings, (id.), is **DENIED as moot**.

**SO ORDERED**, this 4th day of December, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff emphasizes, however, that he does *not* intend to withdraw any claim for lost or diminished capacity to work, labor, or earn money as "an element of general damages [he] is entitled to recover." (Doc. 30, pp. 1–2.)